**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7157**

———————

ROBERT W. GARRETT,

                                    Plaintiff - Appellant,

     versus

JOSEPH E. COLLIER, Investigator for Edgefield
County Sheriff's Department; MIKE V. GOODMAN,
Investigator for Edgefield County Sheriff's
Department; ERVIN J. MAYE, Assistant
Solicitor, sued in their individual
capacities,

                               Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-02-1887-6-10AK)

———————

Submitted:  November 7, 2002     Decided:  November 14, 2002

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert W. Garrett, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert W. Garrett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Garrett v. Collier, No. CA-02-1887-6-10AK (D.S.C. July 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED